# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL CORY HAYDON,

           v.

UNITED STATES OF AMERICA.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5193RBL

:

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's 18 U.S.C. § 2255 Motion is **DISMISSED** without prejudice.

| July 6, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                        *s/ Mary Trent*
                                                        Deputy Clerk